1
2
3
4
5
6
7
8                                   UNITED STATES DISTRICT COURT

9                                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      KYLE S. COOPER,                              No.  2:22-cv-00443-TLN-AC

12                      Petitioner,

13              v.                                   **ORDER**

14      THE CITY OF ELK GROVE,

15                      Respondent.

16

17              Petitioner, a state prisoner proceeding *pro se*, has filed an application for a writ of habeas

18      corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19      Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20              On March 15, 2022, the magistrate judge filed findings and recommendations herein

21      which were served on Petitioner and which contained notice to Petitioner that any objections to

22      the findings and recommendations were to be filed within twenty-one days.  (ECF No. 4.)

23      Petitioner has not filed objections to the findings and recommendations.

24              The Court has reviewed the file and finds the findings and recommendations to be

25      supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26      ORDERED that:

27              1.  The findings and recommendations filed March 15, 2022, (ECF No. 4), are adopted in

28      full;

                                                    1

2.  This action is DISMISSED without prejudice as second or successive; and

3.  The Court declines to issue the Certificate of Appealability referenced in 28 U.S.C. § 2253.

**DATED:  June 1, 2022**

Troy L. Nunley
United States District Judge